IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02441-CMA-BNB

GEORGE K. WESTERVELT,

Plaintiff,

v.

ENCOMPASS INSURANCE COMPANY,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant's Amended Unopposed Motion to Amend Scheduling Order** [docket no. 14, filed February 19, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 20, 2013**. The discovery cut-off is extended to and including **May 20, 2013**. The dispositive motions deadline is extended to and including **June 20, 2013**.

IT IS FURTHER ORDERED that the Pretrial Conference set for July 11, 2013, is **vacated and reset to September 3, 2013, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **August 27, 2013**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: February 20, 2013