**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02441-CMA-BNB

GEORGE K. WESTERVELT,

    Plaintiff,

v.

ENCOMPASS INSURANCE COMPANY,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Stipulation of the Plaintiff, George K. Westervelt, and the Defendant, Encompass Insurance Company, for a dismissal of all claims of Plaintiff against Defendant with prejudice, and the Court, having read the Stipulation and believing itself fully advised, HEREBY ORDERS that the claims of Plaintiff, George K. Westervelt, against Defendant, Encompass Insurance Company, in the above-captioned action are hereby dismissed with prejudice, each party to pay their respective costs and attorney fees.

    DATED: June 21, 2013

                                                  BY THE COURT:

                                                _____
                                                Christine M. Arguello
                                                United States District Judge